UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| AIRNET SYSTEMS, INC. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJG-00-974 |
| CONTINENTAL COURIER SYSTEMS, INC. | * | |
| Defendant. | * | |

FILED _____ ENTERED
LODGED _____ RECEIVED

MAY 16 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                               DEPUTY

### STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel of record for the parties in this action hereby stipulate and agree on behalf of their respective clients to the dismissal of all claims and counterclaims stated in this action with prejudice.

Dated: May 15, 2001

_____
James M. Burns (Federal Bar No. 22629)
Nihar R. Mohanty (Federal Bar No. 10840)
VORYS, SATER, SEYMOUR AND PEASE LLP
1828 L Street, N.W.
Suite 1111
Washington, D.C. 20036-5109
Telephone: (202) 467-8800
Facsimile: (202) 467-8900

COUNSEL FOR PLAINTIFF
AIRNET SYSTEMS, INC.

Approved this 16th day of May, 2001

_____
Marvin J. Garbis
**United States District Judge**

_____
Wayne S. Goddard (Fed. Bar No. 25893)
CUOMO & GODDARD, LLP
1018 Dulaney Valley Road
Towson, Maryland 21204
Telephone (410) 832-5200

COUNSEL FOR DEFENDANT
CONTINENTAL COURIER SYSTEMS, INC.

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2001, a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was served, by first class mail, postage pre-paid, on the following counsel of record in this proceeding:

>Wayne S. Goddard
>Cuomo & Goddard
>1018 Dulaney Valley Road
>Towson, MD 21204

>_____
>James M. Burns