UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **AIRNET SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. MJG-00-974 |
| **CONTINENTAL COURIER** | * | |
| **SYSTEMS, INC.** | * | |
| | * | |
| Defendant. | * | |

## JOINT AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel of record for the parties in this action hereby stipulate and agree on behalf of their respective clients as follows:

1. On or about May 3, 2001, Defendant Continental Courier Systems, Inc. filed its Notice of Voluntary Dismissal in Furtherance of Settlement Agreement. Defendant sought to dismiss its counterclaims against Airnet Systems, Inc. without prejudice by that Notice.

2. On or about May 14, 2001, the Court signed Defendant's Notice of Voluntary Dismissal in Furtherance of Settlement Agreement (Paper No. 23);

3. The parties thereafter finalized a settlement agreement and agreed to dismiss all their respective claims in this suit with prejudice. The parties accordingly filed a Joint Stipulation of Dismissal with Prejudice on May 15, 2001.

4. The Court entered the parties' Stipulation of Dismissal with Prejudice on May 16, 2001 (Paper 24).



5. Because of the sequence of the Court's Orders, the parties wish to clarify that all their respective claims, including Defendant's counterclaims, are dismissed with prejudice.

6. The parties accordingly request that the Notice of Voluntary Dismissal signed by the Court on May 14, 2001 (Paper No. 23), be stricken *nunc pro tunc*; and that

7. The Stipulation of Dismissal with Prejudice and Order entered on May 16, 2001 (Paper No. 24), dismissing all claims with prejudice shall remain in full force and effect.

Dated: May 24, 2001

_____
James M. Burns (Federal Bar No. 22629)
Nihar R. Mohanty (Federal Bar No. 10840)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
1828 L Street, N.W.
Suite 1111
Washington, D.C. 20036-5109
Telephone:(202) 467-8800
Facsimile:(202) 467-8900

COUNSEL FOR PLAINTIFF
AIRNET SYSTEMS, INC.

_____
Wayne S. Goddard (Fed. Bar No. 25893)
CUOMO & GODDARD, LLP
1018 Dulaney Valley Road
Towson, Maryland 21204
Telephone (410) 832-5200

COUNSEL FOR DEFENDANT
CONTINENTAL COURIER SYSTEMS, INC.

SO ORDERED this 25th day of May, 2001

_____
Judge Marvin J. Garbis

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

AIRNET SYSTEMS, INC.         *
                             *
            Plaintiff,       *
                             *
        v.                   *   Civil Action No. MJG-00-974
                             *
CONTINENTAL COURIER          *
SYSTEMS, INC.                *
                             *
            Defendant.       *

## JOINT AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel of record for the parties in this action hereby stipulate and agree on behalf of their respective clients as follows:

1. On or about May 3, 2001, Defendant Continental Courier Systems, Inc. filed its Notice of Voluntary Dismissal in Furtherance of Settlement Agreement. Defendant sought to dismiss its counterclaims against Airnet Systems, Inc. without prejudice by that Notice.

2. On or about May 14, 2001, the Court signed Defendant's Notice of Voluntary Dismissal in Furtherance of Settlement Agreement (Paper No. 23);

3. The parties thereafter finalized a settlement agreement and agreed to dismiss all their respective claims in this suit with prejudice. The parties accordingly filed a Joint Stipulation of Dismissal with Prejudice on May 15, 2001.

4. The Court entered the parties' Stipulation of Dismissal with Prejudice on May 16, 2001 (Paper 24).

5. Because of the sequence of the Court's Orders, the parties wish to clarify that all their respective claims, including Defendant's counterclaims, are dismissed with prejudice.

6. The parties accordingly request that the Notice of Voluntary Dismissal signed by the Court on May 14, 2001 (Paper No. 23), be stricken *nunc pro tunc*; and that

7. The Stipulation of Dismissal with Prejudice and Order entered on May 16, 2001 (Paper No. 24), dismissing all claims with prejudice shall remain in full force and effect.

Dated: May __, 2001

**DRAFT**

James M. Burns (Federal Bar No. 22629)
Nihar R. Mohanty (Federal Bar No. 10840)
VORYS, SATER, SEYMOUR AND PEASE LLP
1828 L Street, N.W.
Suite 1111
Washington, D.C. 20036-5109
Telephone:(202) 467-8800
Facsimile:(202) 467-8900

COUNSEL FOR PLAINTIFF
AIRNET SYSTEMS, INC.

_____
Wayne S. Goddard (Fed. Bar No. 25893)
CUOMO & GODDARD, LLP
1018 Dulaney Valley Road
Towson, Maryland 21204
Telephone (410) 832-5200

COUNSEL FOR DEFENDANT
CONTINENTAL COURIER SYSTEMS, INC.

SO ORDERED this __ day of May, 2001

_____
Judge Marvin J. Garbis

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2001, a true and correct copy of the foregoing Joint Amended Stipulation of Dismissal with Prejudice was served, by first class mail, postage pre-paid, on the following counsel of record in this proceeding:

Wayne S. Goddard
Cuomo & Goddard
1018 Dulaney Valley Road
Towson, MD 21204

_____
James M. Burns

3

05/24/01 - 737353